Jeffrey B. Cereghino, SBN 099480
Email: jbc@rocklawcal.com
Michael F. Ram, SBN 104805
Email:  mram@rocklawcal.com
Susan Brown, SBN 287986
Email: sbrown@rocklawcal.com
Matt Malone, SBN 221545
Email: mjm@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

*Attorneys for Plaintiff and Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDD KING, DIEDRE KING, and ELMO SHEEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL GENERAL INSURANCE COMPANY, NATIONAL GENERAL ASSURANCE COMPANY, INTEGON NATIONAL INSURANCE COMPANY, INTEGON PREFERRED INSURANCE COMPANY, MIC GENERAL INSURANCE CORPORATION, PERSONAL EXPRESS INSURANCE COMPANY, SECURITY NATIONAL INSURANCE COMPANY, SEQUOIA INSURANCE COMPANY, and DOES1 through 200, inclusive,<br><br>Defendants. | Case No. 4:15cv00313-DMR<br><br>**STIPULATION REGARDING PLAINTIFFS RESPONSE TO DEFENDANTS' MOTION TO STRIKE PORTIONS OF AND MOTION TO DISMISS COMPLAINT** |

1  The parties, by their counsel, STIPULATE that Plaintiff shall have two additional
2  weeks to file their response to Defendants' motion to strike and motion to dismiss, to and
3  including March 31, 2015.  Defendants shall have an additional week on Reply, which Reply
4  shall be due on April 14, 2015.

5  The parties further STIPULATE to continue the April 9, 2015 hearing date on these
6  motions to April 28, 2015.

8  Date: March 12, 2015          By: /s/ Jeffrey B. Cereghino
9                                     Attorney for Plaintiffs and Proposed Class

11 Date: March 12, 2015          By: /s/ Todd H. Stitt
                                     Attorney for Defendants

15 **ORDER**

17 Good cause appearing, the Court CONTINUES the hearing on the motions to ~~April 28~~ May 14,
18 2015.  Briefs shall be due according to the schedule stipulated to by counsel.

19 The court notes that April 28, 2015 is not one of this court's regularly-scheduled hearing dates.
20 Accordingly, the hearing on the motions shall be held on May 14, 2015 at 11:00 a.m.

25 DATED: March 16, 2015         _____
                                 Magistrate Judge Donna Ryu

CASE NO. 4:15cv00313-DMR – STIPULATION RE MOTION TO DISMISS AND          2
MOTION TO STRIKE DEADLINES AND HEARING DATE