1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDD KING, et al.,

          Plaintiffs,

     v.

NATIONAL GENERAL INSURANCE
COMPANY, et al.,

          Defendants.

Case No.  15-cv-00313-DMR

**ORDER DENYING MOTION TO
DISMISS AND MOTION TO STRIKE
AS MOOT**

Re: Dkt. Nos. 16, 17

      Defendants filed motions to strike and to dismiss the complaint on March 3, 2015.  On

March 24, 2015, Plaintiffs filed a First Amended Complaint.  Pursuant to Federal Rule of Civil

Procedure 15(a), "[a] party may amend its pleading once as a matter of course within: (A) 21 days

after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days

after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or

(f), whichever is earlier."

      Because Plaintiffs have timely filed the First Amended Complaint, Defendants' motion to

dismiss and motion to strike are **denied as moot.**

      **IT IS SO ORDERED.**

Dated: March 25, 2015

_____
          Donna M. Ryu
      United States Magistrate Judge