UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDD KING, et al.,

    Plaintiffs,

v.

NATIONAL GENERAL INSURANCE COMPANY, et al.,

    Defendants.

Case No.  15-cv-00313-DMR

**ORDER GRANTING PARTIES STIPULATION TO EXTEND BRIEFING DEADLINES; RESETTING HEARING DATE FOR MOTIONS**

Re: Dkt. Nos. 39, 40, 42

Plaintiffs' responses to Defendants' motion to strike [Docket No. 39] and motion to dismiss [Docket No. 40] shall be filed by no later than May 8, 2015.  Defendants' replies shall be filed by May 15, 2015.  The hearing on the motions, previously scheduled for May 28, 2015, is hereby rescheduled for **June 11, 2015 at 11:00 a.m.** at the United States District Court, 1301 Clay Street in Oakland.

**IT IS SO ORDERED.**

Dated: April 28, 2015

_____
Donna M. Ryu
United States Magistrate Judge