Jeffrey B. Cereghino, SBN 099480
Email: jbc@rocklawcal.com
Michael F. Ram, SBN 104805
Email: mram@rocklawcal.com
Susan Brown, SBN 287986
Email: sbrown@rocklawcal.com
Matt Malone, SBN 221545
Email: mjm@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

*Attorneys for Plaintiff and Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDD KING, DIEDRE KING, and ELMO SHEEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL GENERAL INSURANCE COMPANY, NATIONAL GENERAL ASSURANCE COMPANY, INTEGON NATIONAL INSURANCE COMPANY, INTEGON PREFERRED INSURANCE COMPANY, MIC GENERAL INSURANCE CORPORATION, PERSONAL EXPRESS INSURANCE COMPANY, SECURITY NATIONAL INSURANCE COMPANY, SEQUOIA INSURANCE COMPANY, and DOES1 through 200, inclusive,<br><br>Defendants. | Case No. 4:15cv00313-DMR<br><br>**STIPULATION REGARDING PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTION TO STRIKE PORTIONS OF AND MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

1  The parties, by their counsel, STIPULATE that Plaintiff shall have one additional week
2  to file their response to Defendants' motion to strike portions of and motion to dismiss
3  Plaintiff's first amended complaint, to and including May 15, 2015, provided that the Court
4  does not reschedule the currently scheduled motion/CMC hearing on, currently scheduled for
5  June 11, 2015.  Defendants' agreement as set forth above is conditioned on the Court not
6  moving said date in light of the additional week extension agreed to by Defendants.

8  Date: May 6, 2015                By: */s/ Jeffrey B. Cereghino*
9                                                 *Attorney for Plaintiffs and Proposed Class*

11 Date: May 6, 2015                By: */s/ Todd H. Stitt*
                                               *Attorney for Defendants*

15  **ORDER**

17  Good cause appearing, the Court agrees that Plaintiffs' opposing brief(s) to Defendants'
18  motion to strike portions of and motion to dismiss Plaintiffs' first amended complaint shall be
19  due on May 15, 2015. All scheduled court dates/hearings remain the same.
20     Defendants' reply shall be due on May 22, 2015.

22  Dated: May 6, 2015                _____
                                               Hon. Judge Donna M. Ryu