UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDD KING, et al., | Case No.  15-cv-00313-DMR |
| Plaintiffs, | |
| v. | **ORDER RESETTING CASE MANAGEMENT CONFERENCE AND HEARING DATE ON MOTION TO STRIKE AND MOTION TO DISMISS** |
| NATIONAL GENERAL INSURANCE COMPANY, et al., | |
| Defendants. | Re: Dkt. Nos. 39, 40 |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please be advised that the previously-noticed hearing date of June 25, 2015 on Defendants' motion to strike and motion to dismiss has been vacated.  You are hereby notified that the hearing on the motions is set for **July 23, 2015 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

In addition, the Case Management Conference originally set for June 25, 2015 has been continued to **July 23, 2015 at 11:00.**  The joint Case Management Statement is due by **July 18, 2015**.

**IT IS SO ORDERED**.

Dated: June 17, 2015

_____
DONNA M. RYU
United States Magistrate Judge