1  Michael F. Ram, SBN 104805
   mram@forthepeople.com
2  Marie N. Appel, SBN 187483
   mappel@forthepeople.com
3  MORGAN & MORGAN
   COMPLEX LITIGATION GROUP
4  711 Van Ness Avenue, Suite 500
   San Francisco, CA 94102
5  Telephone: (415) 358-6913
   Facsimile: (415) 358-6923

6
   Jeffrey B. Cereghino, SBN 99480
7  jbc@cereghinolaw.com
   CEREGHINO LAW GROUP LLP
8  649 Mission Street, Floor 5
   San Francisco, CA 94105
9  Telephone: (415) 433-4949

10 W. Craig Bashein, Admitted *Pro Hac Vice*
   John P. Hurst, Of Counsel,
11 Admitted *Pro Hac Vice*
   BASHEIN & BASHEIN CO., L.P.A.
12 Terminal Tower
   35th Floor, 50 Public Square
13 Cleveland, Ohio 44113
   Telephone: (216) 771-3239
14
   Attorneys for Plaintiffs and Proposed Class
15

16            UNITED STATES DISTRICT COURT

17          FOR THE NORTHERN DISTRICT OF CALIFORNIA

18 | EDD KING, DIEDRE KING, ELMO SHEEN, and SHEILA LEE, on behalf of themselves and all others similarly situated, | Case No. 4:15-cv-00313-DMR
19 |
20 | Plaintiffs, | **STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT DATES [L.R. 6-2] AND ORDER (AS MODIFIED)**
21 | v. |
22 | NATIONAL GENERAL INSURANCE COMPANY, NATIONAL GENERAL ASSURANCE COMPANY, INTEGON NATIONAL INSURANCE COMPANY, INTEGON PREFERRED INSURANCE COMPANY, MIC GENERAL INSURANCE CORPORATION, PERSONAL EXPRESS INSURANCE COMPANY, SEQUOIA INSURANCE COMPANY, and DOES 1 through 200, inclusive, | Dept.: Courtroom 4 – 3rd Floor
   Oakland Courthouse
   The Honorable Judge Donna M. Ryu

   Action Filed: January 22, 2015
27 | Defendants. |
28

Pursuant to Northern District of California Civil Local Rule ("LR") 6-2, Plaintiffs EDD KING, DIEDRE KING, ELMO SHEEN, and SHEILA LEE, ("Plaintiffs") and Defendants NATIONAL GENERAL INSURANCE COMPANY, NATIONAL GENERAL ASSURANCE COMPANY, INTEGON NATIONAL INSURANCE COMPANY, INTEGON PREFERRED INSURANCE COMPANY, MIC GENERAL INSURANCE CORPORATION, PERSONAL EXPRESS INSURANCE COMPANY, and SEQUOIA INSURANCE COMPANY, ("Defendants") by and through their respective counsel of record, hereby submit the instant Stipulated Request for Order Continuing Case Management Dates ("Stipulation"), subject to Court approval, as follows:

WHEREAS, Plaintiffs filed their Class Action Complaint in the above-captioned action on January 22, 2015;

WHEREAS, on February 14, 2017, the Court issued a Primary Jurisdiction Referral Order referring this case to the California Department of Insurance ("Department") for it to consider certain issues raised in this action;

WHEREAS, on November 10, 2020, the Department issued a letter (ECF 152-1) concluding this Court's February 14, 2017 Primary Jurisdiction Referral, returning this case to the Court for further proceedings;

WHEREAS, on January 28, 2021, Plaintiffs filed their Fourth Amended Complaint (ECF 163);

WHEREAS, on February 11, 2021, Defendants filed a motion to dismiss and motion to strike the Fourth Amended Complaint (ECF 164-166) which this Court heard on April 22, 2021, and granted in part by Order on Defendants' Motion to Dismiss (ECF 183) dated June 11, 2021. The Court also lifted the stay on discovery in this case.

WHEREAS, on July 1, 2021, Defendants filed their Answer to the Fourth Amended Class Action Complaint (ECF 184);

WHEREAS, on August 4, 2021, the Court held a Further Case Management Conference and issued a Civil Conference Minute Order (ECF 187) setting case deadlines including that the Parties must participate in private mediation by February 1, 2022;

WHEREAS, after the Court lifted the discovery stay on June 11, 2021, the Parties commenced discovery and have, since that date, been conducting fact discovery, negotiated an ESI Protocol which was approved by the Court (ECF 195) and a proposed Stipulated Protective Order (ECF 209).

WHEREAS, on November 23, 2021, the Court issued an Order granting Defendant Sequoia Insurance Company's Motion permitting withdrawal and substitution of Counsel (ECF 207);

WHEREAS, on January 7, 2022, the Court granted the Parties' stipulated request to extend the mediation deadline. Order Extending Mediation Deadline [L.R. 6-2] (ECF 212). The Order continued the mediation for ninety days, until May 2, 2022, and continued the deadline for the Updated Joint Case Management Conference Statement to April 27, 2022; and set the Further Case Management Conference for May 4, 2022.

WHEREAS, discovery between the Parties remains ongoing, but is not yet complete. Both Plaintiffs and Defendants National General Insurance Company, National General Assurance Company, Integon National Insurance Company, Integon Preferred Insurance Company, Mic General Insurance Corporation, and Personal Express Insurance Company (the "National General Defendants") have propounded discovery. In that regard, due to the complexity, number of issues and number of parties, both have engaged in extensive meet and confer efforts, both by telephone and through written correspondence, to narrow the issues and, to that end, are both preparing supplemental responses. The National General Defendants' ability to locate and produce documents has been complicated by the fact that, among other things, there are multiple insurance carriers that involve multiple custodians for each carrier over a fourteen-year period of time over which ownership of various carriers has changed hands multiple times. To date, these Defendants have produced 112,981 pages of documents and production is continuing on a rolling basis. That process is ongoing and the parties are proceeding diligently with discovery.

WHEREAS, Plaintiffs and Sequoia have corresponded multiple times regarding discovery disputes and have met and conferred in an attempt to resolve the issues. Those discussions remain ongoing. Sequoia states that it ceased selling PPA insurance in California in 2007 and sold its interest in Personal Express Insurance Company in 2014. Accordingly, Sequoia has very

limited documents and information in its possession, custody, or control.

WHEREAS, each of the named Plaintiffs has been deposed. Plaintiffs have noticed depositions of several of Defendants' employees. The Parties have agreed to postpone the depositions of Defendants' employees while production continues.

WHEREAS, the Parties believe that, although they have been diligently litigating this case, additional time is needed to complete the necessary discovery, pursue mediation and, if needed, prepare this case for trial.

WHEREAS, no prior modifications have been requested or made to the case management dates set by the Court in the Civil Conference Minute Order (ECF 187) but, as stated above, on January 7, 2022, at the Parties' request, the Court extended the mediation date until May 2, 2022, and the deadline for the Updated Joint Case Management Conference Statement to April 27, 2022; and set the Further Case Management Conference for May 4, 2022. Order Extending Mediation Deadline [L.R. 6-2] (ECF 212).

WHEREAS, in light of the numerous discovery issues and discovery delays, the Parties respectfully request that the Court extend the mediation date for approximately 120 days, and the case management dates for approximately 180 days as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Last day to conduct mediation | **5/2/2022** | 9/7/2022 |
| Updated Joint Case Management Statement | **4/27/2022** | 9/14/2022 |
| Further case management conference | **5/4/2022** | 9/21/2022 |
| Close of fact discovery | **8/4/2022** | 1/31/2023 |
| File class certification motion | **9/6/2022** | 3/6/2023 |
| Opposition to class certification motion | **11/1/2022** | 5/1/2023 |
| Reply re class certification | **12/13/2022** | 6/12/2023 |
| Plaintiffs' expert witness disclosure | **12/16/2022** | 6/15/2023 |
| Defendants' expert witness disclosure | **1/16/2023** | 7/17/2023 |
| Rebuttal expert disclosures due | **2/17/2023** | 8/16/2023 |
| Expert discovery cut-off | **4/17/2023** | 10/13/2023 |
| Last day for hearing dispositive motions | **6/22/2023** | 12/12/2023 |
| Trial date | **NOT SET** | |

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to Court approval, that the following deadlines be extended as follows:

| Event | Date |
|---|---|
| Last day to conduct mediation | 9/7/2022 |
| Updated Joint Case Management Statement | 9/14/2022 |
| Further case management conference in Oakland, by Videoconference only | 9/21/2022 |
| Close of fact discovery | 1/31/2023 |
| File class certification motion | 3/6/2023 |
| Opposition to class certification motion | 5/1/2023 |
| Reply re class certification | 6/12/2023 |
| Plaintiffs' expert witness disclosure | 6/15/2023 |
| Defendants' expert witness disclosure | 7/17/2023 |
| Rebuttal expert disclosures due | 8/16/2023 |
| Expert discovery cut-off | 10/13/2023 |
| Last day for hearing dispositive motions | **12/14/2023** ~~12/12/2023~~ |
| Trial date | Not Set |

Respectfully submitted,

Dated: April 27, 2022         By:        /s/Michael F. Ram
                                      Michael F. Ram

Michael F. Ram, SBN 104805
mram@forthepeople.com
Marie N. Appel, SBN 187483
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Jeffrey B. Cereghino, SBN 99480
jbc@cereghinolaw.com
CEREGHINO LAW GROUP LLP
649 Mission Street, Floor 5

|   |   |   |   |
|---|---|---|---|
| | | | San Francisco, CA 94105
Telephone: (415) 433-4949 |

W. Craig Bashein, Admitted *Pro Hac Vice*
John P. Hurst, Of Counsel, Admitted *Pro Hac Vice*
BASHEIN & BASHEIN CO., L.P.A.
Terminal Tower
35th Floor, 50 Public Square
Cleveland, Ohio 44113
Telephone: (216) 771-3239

*Attorneys for Plaintiffs and Proposed Class*

Dated: April 27, 2022        By:    /s/ Marc R. Jacobs
                                         Marc R. Jacobs

Sanford L. Michelman, Esq. (SBN 179702)
smichelman@mrllp.com
David F. Hauge, Esq. (SBN 128294)
dhauge@mrllp.com
Marc R. Jacobs, Esq. (SBN 185924)
mjacobs@mrllp.com
MICHELMAN & ROBINSON, LLP
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90024
Tel: (310) 299-5500
Fax: (310) 299-5600

Mona Z. Hanna, Esq. (SBN 131439)
mhanna@mrllp.com
Vincent S. Loh, Esq. (SBN 238410)
vloh@mrllp.com
MICHELMAN & ROBINSON, LLP
17901 Von Karman Avenue, 10th Floor
Irvine, CA 92614
Tel: (714) 557-7990
Fax: (714) 557-7991

Attorneys for Defendants
NATIONAL GENERAL INSURANCE
COMPANY, NATIONAL GENERAL
ASSURANCE COMPANY, INTEGON
NATIONAL INSURANCE COMPANY,
INTEGON PREFERRED INSURANCE
COMPANY, MIC GENERAL
INSURANCE CORPORATION, and

|   |   |   |   |
|---|---|---|---|
|   |   |   | PERSONAL EXPRESS INSURANCE COMPANY |
| Dated: April 27, 2022 |   | By: | /s/Verona M. Sandberg |
|   |   |   | Verona M. Sandberg |

Sean T. Keely, Admitted *Pro Hac Vice*
skeely@freeborn.com
Andrew A. Wooden, Admitted *Pro Hac Vice*
awooden@freeborn.com
FREEBORN & PETERS LLP
1155 Avenue of the Americas, 26th Floor
New York, NY 10036
Tel: (212) 218-8760
Fax: (212) 218-8761

James J. Boland, Admitted *Pro Hac Vice*
jboland@freeborn.com
Verona M. Sandberg, Admitted *Pro Hac Vice*
vsandberg@freeborn.com
D. Richard Self, Admitted *Pro Hac Vice*
rself@freeborn.com
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: (312) 360-6000
Fax: (312) 360-6520

Sara M. Thorpe (SBN 146529)
sthorpe@nicolaidesllp.com
Alison V. Lippa (SBN 160807)
alippa@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
101 Montgomery Street, Suite 2300
San Francisco, CA 94104
Tel: (415) 745-3770
Fax: (415) 745-3771

Attorneys for Defendant
SEQUOIA INSURANCE COMPANY

## ATTESTATION

I, Michael F. Ram, am the ECF user whose identification and password are being used to file this Stipulated Request for Order Continuing Case Management Dates. In compliance with the ECF manual and Civil Local Rules, I hereby attest that Marc R. Jacobs and Verona M. Sandberg each concur in this filing.

Dated: April 27, 2022                    By:   /s/ Michael F. Ram
                                                Michael F. Ram

**ORDER (AS MODIFIED)**

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

Dated:  April 28, 2022



_____
Hon. Donna M. Ryu
United States Magistrate Judge