MICHAEL F. RAM, SBN 104805
mram@forthepeople.com
MARIE N. APPEL, SBN 187483
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

JEFFREY B. CEREGHINO, SBN 99480
jbc@cereghinolaw.com
CEREGHINO LAW GROUP LLP
649 Mission Street, Floor 5
San Francisco, CA 94105
Telephone: (415) 433-4949

W. CRAIG BASHEIN, Admitted Pro Hac Vice
JOHN P. HURST, Admitted Pro Hac Vice
BASHEIN & BASHEIN CO., L.P.A.
Terminal Tower
35th Floor, 50 Public Square
Cleveland, Ohio 44113
Telephone: (216) 771-3239

Attorneys for Plaintiffs and Proposed Class

SANFORD L. MICHELMAN, ESQ. (SBN 179702)
smichelman@mrllp.com
DAVID F. HAUGE, ESQ. (SBN 128294)
dhauge@mrllp.com
MARC R. JACOBS, ESQ. (SBN 185924)
mjacobs@mrllp.com
MICHELMAN & ROBINSON, LLP
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90024
Tel: (310) 299-5500
Fax: (310) 299-5600

MONA Z. HANNA, ESQ. (SBN 131439)
mhanna@mrllp.com
VINCENT S. LOH, ESQ. (SBN 238410)
vloh@mrllp.com
MICHELMAN & ROBINSON, LLP
17901 Von Karman Avenue, 10th Floor
Irvine, CA 92614
Tel: (714) 557-7990
Fax: (714) 557-7991

Attorneys for the NG Defendants

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDD KING, DIEDRE KING, and ELMO SHEEN, SHEILA LEE, on behalf of themselves and all others similarly situated,

        Plaintiffs,

        v.

NATIONAL GENERAL INSURANCE COMPANY, NATIONAL GENERAL ASSURANCE COMPANY, INTEGON NATIONAL INSURANCE COMPANY, INTEGON PREFERRED INSURANCE COMPANY, MIC GENERAL INSURANCE CORPORATION, PERSONAL EXPRESS INSURANCE COMPANY, SEQUOIA INSURANCE COMPANY, and DOES 1 through 200, inclusive,

        Defendants.

Case No.: 4:15-cv-00313-DMR
Hon. Donna M. Ryu

**JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE A JOINT DISCOVERY LETTER ON THE ISSUE OF POLICYHOLDER DATA AND TO AMEND THE SCHEDULING ORDER; [PROPOSED] ORDER ***AS MODIFIED*****

Complaint Filed:  January 22, 2015

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rules 6-1(b), 7-12, and 16-2, Plaintiffs EDD KING, DIEDRE KING, ELMO SHEEN, and SHEILA LEE (collectively hereinafter "Plaintiffs"), Defendants NATIONAL GENERAL INSURANCE COMPANY ("NGIC"), NATIONAL GENERAL ASSURANCE COMPANY ("NGAC"), INTEGON NATIONAL INSURANCE COMPANY ("INIC"), INTEGON PREFERRED INSURANCE COMPANY ("IPIC"), MIC GENERAL INSURANCE CORPORATION ("MIC"), and PERSONAL EXPRESS INSURANCE COMPANY ("PEIC") (collectively hereinafter the "NG Defendants"), and SEQUOIA INSURANCE COMPANY ("Sequoia") hereby do jointly stipulate and agree, by and through their counsel of record, as follows (Plaintiffs, the NG Defendants, and Sequoia are hereinafter collectively referred to as the "Parties"):

1.      WHEREAS, on February 9, 2023, the Court issued its Civil Law and Motion Minute Order (Dkt. #251) ("February 9 Order"), which issued rulings on the four joint discovery letter briefs filed on December 22, 2022 (Dkt. ##239-242), and Plaintiffs' Motion for Order Continuing Case Management Dates and Allowing Additional Depositions (Dkt. #244);

2.      WHEREAS, regarding the Fourth Joint Discovery Letter (Dkt. #251), the February 9 Order ordered, *inter alia*, as follows: (1) Plaintiffs and the NG Defendants were to "meaningfully meet and confer regarding policyholder data for 2011 forward"; (2) the NG Defendants were to "provide Plaintiffs with basic information about the data exists, as well as where and how it is kept"; (3) Plaintiffs were permitted to "take Rule 30(b)(6) deposition(s) of [the NG Defendants] regarding these issues before seeking production of the actual policyholder datasets" and (4) If any disputes remained "as to the burden on [the NG Defendants] to produce this data, [Plaintiffs and the NG Defendants could] file a joint discovery letter on that issue by no later than 3/13/23."

3.      WHEREAS, pursuant to the February 9 Order, Plaintiffs and the NG Defendants met and conferred on February 15, 2023 regarding Plaintiffs' requests for information pertaining to the policy systems, policy data available, agent information, and agent information available;

**JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE A JOINT DISCOVERY LETTER ON THE ISSUE OF POLICYHOLDER DATA AND TO AMEND THE SCHEDULING ORDER; [PROPOSED] ORDER**

4.      WHEREAS, pursuant to the February 9 Order, the NG Defendants provided Plaintiffs with basic information about the data exists, as well as where and how it is kept, in an email dated February 22, 2023;

5.      WHEREAS, pursuant to the February 9 Order, on March 7, 2023, Plaintiffs took a 30(b)(6) deposition regarding the foregoing data issues;

6.      WHEREAS, on March 10, 2023, Plaintiffs and the NG Defendants met and conferred again regarding the foregoing data issues but are now at an impasse;

7.      WHEREAS, to allow Plaintiffs and the NG Defendants sufficient time to brief the issues related to the alleged burden on the NG Defendants to produce the foregoing data, Plaintiffs and the NG Defendants have agreed to extend the deadline to file a joint discovery letter brief on the issue of policyholder data from March 13, 2023 to March 17, 2023;

8.      WHEREAS, this is the first request by the Parties to extend the briefing deadline on the foregoing data issues;

9.      WHEREAS, regarding the Third Joint Discovery Letter (Dkt. #251), the February 9 Order ordered Plaintiffs and the NG Defendants to "meaningfully meet and confer with respect to the depositions of Doug Hanes, Brenda Castellanos, and Byron Storms" (the "Apex Depositions");

10.      WHEREAS, Plaintiffs and the NG Defendants have met and conferred regarding the Apex Depositions and, as a result, have reached mutual agreement on the time limits and parameters of their depositions such that their depositions will proceed;

11.      WHEREAS, in order to accommodate the schedules of the witnesses involved, the Apex Depositions cannot be completed by the current fact discovery cut-off date of April 3, 2023;

12.      WHEREAS, the Parties agree the discovery deadline and all subsequent deadlines in the scheduling order should be extended by 30 days in order to complete the fact depositions already noticed or requested (including the Apex Depositions) and the Rule 30(b)(6) depositions of the NG Defendants.

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to Court approval, that the below deadlines be extended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline to file joint discovery letter on the issue of policyholder data | 3/13/2023 | **3/17/2023** |
| Close of fact discovery | 4/3/2023 | **5/3/2023** |
| File class certification motion | 5/8/2023 | **6/8/2023** |
| Opposition to class certification motion | 6/29/2023 | **7/29/2023** |
| Reply re class certification | 8/14/2023 | **9/14/2023** |
| Plaintiffs' expert witness disclosure | 8/17/2023 | **9/17/2023** |
| Defendants' expert witness disclosure | 9/14/2023 | **10/14/2023** |
| Rebuttal expert disclosures due | 10/12/2023 | **11/12/2023** |
| Expert discovery cut−off | 12/14/2023 | **1/14/2024** |
| Last day for hearing dispositive motions | 2/8/2024 | **3/8/2024** |

Dated: March 12, 2023                    Respectfully Submitted,

By:     /s/ Michael F. Ram
        Michael F. Ram, SBN 104805
        mram@forthepeople.com
        Marie N. Appel, SBN 187483
        mappel@forthepeople.com
        Morgan & Morgan
        Complex Litigation Group
        711 Van Ness Avenue, Suite 500
        San Francisco, CA 94102
        Telephone: (415) 358-6913
        Facsimile: (415) 358-6923


        Jeffrey B. Cereghino, SBN 99480
        jbc@cereghinolaw.com
        CEREGHINO LAW GROUP LLP
        649 Mission Street, Floor 5
        San Francisco, CA 94105
        Telephone: (415) 433-4949

W. Craig Bashein, Esq. (*admitted pro hac vice*)
cbashein@basheinlaw.com
John P. Hurst, Esq. (*admitted pro hac vice*)
jhurst@basheinlaw.com
BASHEIN & BASHEIN CO., L.P.A.
Terminal Tower, 35th Floor
50 Public Square
Cleveland, Ohio 44113
Telephone: (216) 771-3239
Facsimile: (216) 781-5876

Attorneys for Plaintiffs and Proposed Class

Dated: March 12, 2023                        Respectfully Submitted,

By:     /s/ Marc R. Jacobs
Sanford L. Michelman, Esq. (SBN 179702)
smichelman@mrllp.com
David F. Hauge, Esq. (SBN 128294)
dhauge@mrllp.com
Marc R. Jacobs, Esq. (SBN 185924)
mjacobs@mrllp.com
MICHELMAN & ROBINSON, LLP
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90024
Tel: (310) 299-5500
Fax: (310) 299-5600

Mona Z. Hanna, Esq. (SBN 131439)
mhanna@mrllp.com
Vincent S. Loh, Esq. (SBN 238410)
vloh@mrllp.com
MICHELMAN & ROBINSON, LLP
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Tel: (714) 557-7990
Fax: (714) 557-7991

Attorneys for Defendants
NATIONAL GENERAL INSURANCE
COMPANY, NATIONAL GENERAL
ASSURANCE COMPANY, INTEGON
NATIONAL INSURANCE COMPANY,
INTEGON PREFERRED INSURANCE
COMPANY, MIC GENERAL INSURANCE
CORPORATION, and PERSONAL EXPRESS
INSURANCE COMPANY

JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE A JOINT DISCOVERY LETTER ON THE
ISSUE OF POLICYHOLDER DATA AND TO AMEND THE SCHEDULING ORDER; [PROPOSED] ORDER

Dated: March 12, 2023                              Respectfully Submitted,

By:      _/s/ Tamiko A. Dunham_____
         Tamiko A. Dunham, Esq. (SBN 233455)
         tdunham@nicolaidesllp.com
         Alison V. Lippa, Esq. (SBN 160807)
         alippa@nicolaidesllp.com
         NICOLAIDES FINK THORPE
         MICHAELIDES SULLIVAN LLP
         101 Montgomery Street, Suite 2300
         San Francisco, CA 94104
         Tel: (415) 745-3770

By:      _/s/ James Boland_____
         James Boland, Esq. (*admitted pro hac vice*)
         jboland@freeborn.com
         Verona Sandberg, Esq. (*admitted pro hac vice*)
         vsandberg@freeborn.com
         FREEBORN & PETERS LLP
         311 South Wacker Drive, Suite 3000
         Chicago, IL 60606
         Tel: (312) 360-6000

         Attorneys for Defendant
         SEQUOIA INSURANCE COMPANY

**JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE A JOINT DISCOVERY LETTER ON THE ISSUE OF POLICYHOLDER DATA AND TO AMEND THE SCHEDULING ORDER; [PROPOSED] ORDER**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Marc R. Jacobs, am the ECF user whose identification and password are being used to file this Joint Stipulation and [Proposed] Order. In compliance with the ECF manual and the Civil Local Rules, I hereby attest that each of the other signatories concur in the filing of this Joint Stipulation and [Proposed] Order.

Dated: March 12, 2023                    By:    _/s/ Marc R. Jacobs_
                                                      Marc R. Jacobs

**JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE A JOINT DISCOVERY LETTER ON THE ISSUE OF POLICYHOLDER DATA AND TO AMEND THE SCHEDULING ORDER; [PROPOSED] ORDER**

1    [PROPOSED] ORDER ***AS MODIFIED***

2        THE COURT, HAVING READ THE FOREGOING STIPULATION AND CONSIDERED

3    THE SAME, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEARBY ORDERED AS

4    FOLLOWS:

5        The current case deadlines are extended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline to file joint discovery letter on the issue of policyholder data | 3/13/2023 | **3/17/2023** |
| Close of fact discovery | 4/3/2023 | **5/3/2023** |
| File class certification motion | 5/8/2023 | **6/8/2023** |
| Opposition to class certification motion | 6/29/2023 | **7/29/2023** |
| Reply re class certification | 8/14/2023 | **9/14/2023** |
| Plaintiffs' expert witness disclosure | 8/17/2023 | **9/17/2023** |
| Defendants' expert witness disclosure | 9/14/2023 | **10/14/2023** |
| Rebuttal expert disclosures due | 10/12/2023 | **11/12/2023** |
| Expert discovery cut−off | 12/14/2023 | **1/14/2024** |
| Last day for hearing dispositive motions | 2/8/2024 | **3/8/2024** **3/14/2024** |

18

19    **IT IS SO ORDERED.**

20

21    DATE: March 14, 2023

22    _____
      UNITED STATES DISTRICT COURT
      CHIEF MAGISTRATE JUDGE DONNA M. RYU

23

24

25

26

27

28