MICHAEL F. RAM, ESQ.
(SBN 104805)
mram@forthepeople.com
MARIE N. APPEL, ESQ.
(SBN 187483)
mappel@forthepeople.com
SHELBY SERIG, ESQ.
*admitted pro hac vice*
sserig@forthepeople.ccom
MORGAN & MORGAN
COMPLEX LITIGATION
GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Attorneys for Plaintiffs and
Proposed Class

SANFORD L. MICHELMAN, ESQ.
(SBN 179702)
smichelman@mrllp.com
DAVID F. HAUGE, ESQ.
(SBN 128294)
dhauge@mrllp.com
MARC R. JACOBS, ESQ.
(SBN 185924)
mjacobs@mrllp.com
MICHELMAN & ROBINSON, LLP
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Tel: (310) 299-5500
Fax: (310) 299-5600

Attorneys for the NG Defendants

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDD KING, DIEDRE KING, and ELMO SHEEN, SHEILA LEE, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>         v.<br><br>NATIONAL GENERAL INSURANCE COMPANY, NATIONAL GENERAL ASSURANCE COMPANY, INTEGON NATIONAL INSURANCE COMPANY, INTEGON PREFERRED INSURANCE COMPANY, MIC GENERAL INSURANCE CORPORATION, PERSONAL EXPRESS INSURANCE COMPANY, SEQUOIA INSURANCE COMPANY, and DOES 1 through 200, inclusive,<br><br>         Defendants. | Case No.: 4:15-cv-00313-DMR Hon. Donna M. Ryu<br><br>**SIXTH JOINT STIPULATION TO AMEND THE SCHEDULING ORDER; ORDER (AS MODIFIED)**<br><br>Complaint Filed:  January 22, 2015 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rules 6-1(b), 7-12, and 16-2, Plaintiffs EDD KING, DIEDRE KING, ELMO SHEEN, and SHEILA LEE (collectively hereinafter "Plaintiffs") and Defendants NATIONAL GENERAL INSURANCE COMPANY ("NGIC"), NATIONAL GENERAL ASSURANCE COMPANY ("NGAC")[1], INTEGON NATIONAL INSURANCE COMPANY ("INIC"), INTEGON PREFERRED INSURANCE COMPANY ("IPIC"), MIC GENERAL INSURANCE CORPORATION ("MIC"), and PERSONAL EXPRESS INSURANCE COMPANY ("PEIC") (collectively hereinafter the "NG Defendants") hereby do jointly stipulate and agree, by and through their respective counsel of record, as follows (Plaintiffs and the NG Defendants are hereinafter collectively referred to as the "Parties"):

1. **WHEREAS,** on July 7, 2023, Plaintiffs filed their Motion for Class Certification.

2. **WHEREAS,** on September 11, 2023, the NG Defendants filed their Opposition to the Motion for Class Certification, as well as a Motion to Exclude Expert Testimony and Opinions of Plaintiffs' Experts ("NG Defendants' Motion to Exclude").

3. **WHEREAS,** on October 26, 2023, Plaintiffs filed their Reply to the NG Defendants' Opposition to the Motion for Class Certification.

4. **WHEREAS,** on October 27, 2023, Plaintiffs filed their Opposition to the NG Defendants' Motion to Exclude.

5. **WHEREAS,** on November 2, 2023, Plaintiffs filed a Motion to Exclude Expert Testimony and Expert Opinions of E. Benjamin Nelson and a Motion to Strike Declaration of Paul Braithewaite Submitted in Opposition to Class Certification ("Plaintiffs' Motions to Exclude").

---
[1] NGAC has been dismissed from the action.

6. **WHEREAS,** on November 16, 2023, the NG Defendants filed their Oppositions to Plaintiffs' Motions to Exclude.

7. **WHEREAS,** on November 17, 2023, the NG Defendants filed their Reply to the NG Defendants' Motion to Exclude.

8. **WHEREAS,** on November 22, 2023, Plaintiffs filed their Replies to Plaintiffs' Motions to Exclude.

9. **WHEREAS,** the Motion for Class Certification, the NG Defendants' Motion to Exclude, and Plaintiffs' Motions to Exclude (collectively, the "Motions") were all set to be heard on December 14, 2023.

10. **WHEREAS,** on December 12, 2023, the Court continued the hearing on the Motions from December 14, 2023 to December 21, 2023.

11. **WHEREAS,** on December 20, 2023, the Court took the Motions off calendar.

12. **WHEREAS,** on December 22, 2023, the Court issued an Order requesting Supplemental Briefing from Plaintiffs and the NG Defendants.

13. **WHEREAS,** on January 10 and 17, 2024, respectively, Plaintiffs and the NG Defendants filed their Supplemental Briefing pursuant to the Court's Order.

14. **WHEREAS,** on May 9, 2024, the Parties filed a Joint Stipulation to Amend the Scheduling Order (Dkt. 418).

15. **WHEREAS,** on May 17, 2024, the Court amended the scheduling order pursuant to the Parties' Joint Stipulation (Dkt. 419).

16. **WHEREAS,** the expert discovery cut-off in this case is currently September 12, 2024.

17. **WHEREAS,** the last day for hearing dispositive motions in this case is currently November 7, 2024.

18. **WHEREAS,** the Court has not ruled on the Motions or set a hearing date on the Motions.

19.     **WHEREAS,** to allow the Parties to conclude expert discovery and file dispositive motions after the Motions are decided, the Parties request that the deadlines for expert discovery cut-off and last day for hearing dispositive motions be extended by three months.

20.     **WHEREAS,** this is the sixth request by the Parties to extend the case management deadlines.  See Dkt. 292 (June 6, 2023 Stipulation), Dkt. 293 (Court's Order June 9, 2023), Dkt. 263 (March 12, 2023 Stipulation), Dkt. 266 (Court's Order March 14, 2023), Dkt. 393 (November 30, 2023 Stipulation), Dkt. 395 (Court's Order December 4, 2023), Dkt. 416 (March 1, 2024 Stipulation), Dkt. 417 (Court's Order March 5, 2024), Dkt. 418 (May 9, 2024 Stipulation), and Dkt. 419 (Court's Order May 17, 2024). Discovery closed on May 3, 2023, and this request does not seek to extend the discovery deadline or otherwise result in any reopening of discovery. This request is made solely to afford the Parties sufficient time to account for the pending hearing and/or decision on the Motions.

**NOW, THEREFORE, IT IS HEREBY STIPULATED,** subject to Court approval, that the below deadlines be extended as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Expert discovery cut-off | 9/12/2024 | **12/12/2024** |
| Last day for hearing dispositive motions | 11/7/2024 | **2/06/2025** |

Dated: 9/04/2024

Respectfully Submitted,

By:  */s/ Michael F. Ram*
Michael F. Ram
mram@forthepeople.com
Marie N. Appel
mappel@forthepeople.com
Shelby Serig
sserig@forthepeople.com

|     |     |
| --- | --- |
| 1   | MORGAN & MORGAN |
|     | COMPLEX LITIGATION GROUP |
| 2   | 711 Van Ness Avenue, Suite 500 |
|     | San Francisco, CA 94102 |
| 3   | Telephone: (415) 358-6913 |
|     | Facsimile: (415) 358-6923 |

Jeffrey B. Cereghino
jbc@cereghinolaw.com
CEREGHINO LAW GROUP LLP
649 Mission Street, Floor 5
San Francisco, CA 94105
Telephone: (415) 433-4949

W. Craig Bashein, Esq.
cbashein@basheinlaw.com
John P. Hurst, Esq.
jhurst@basheinlaw.com
BASHEIN & BASHEIN CO., L.P.A.
Terminal Tower, 35th Floor
50 Public Square
Cleveland, Ohio 44113
Telephone: (216) 771-3239
Facsimile: (216) 781-5876

Attorneys for PLAINTIFFS and Proposed Class

Dated: 9/04/2024                    Respectfully Submitted,

By:   /s/ *Marc R. Jacobs*
      Sanford L. Michelman, Esq.
      smichelman@mrllp.com
      David F. Hauge, Esq.
      dhauge@mrllp.com
      Marc R. Jacobs, Esq.
      mjacobs@mrllp.com
      MICHELMAN & ROBINSON, LLP
      10880 Wilshire Boulevard, 19th Floor
      Los Angeles, CA 90024
      Tel: (310) 299-5500
      Fax: (310) 299-5600

      Mona Z. Hanna, Esq.
      mhanna@mrllp.com
      Vincent S. Loh, Esq.
      vloh@mrllp.com
      MICHELMAN & ROBINSON, LLP
      17901 Von Karman Avenue, Suite 1000

4

SIXTH JOINT STIPULATION TO AMEND THE SCHEDULING ORDER

Irvine, CA 92614
Tel: (714) 557-7990
Fax: (714) 557-7991

Attorneys for Defendants
NATIONAL GENERAL INSURANCE COMPANY, NATIONAL GENERAL ASSURANCE COMPANY, INTEGON NATIONAL INSURANCE COMPANY, INTEGON PREFERRED INSURANCE COMPANY, MIC GENERAL INSURANCE CORPORATION, and PERSONAL EXPRESS INSURANCE COMPANY

**ATTESTATION**

I, Marc Jacobs, am the ECF user whose identification and password are being used to file this Joint Stipulation and [Proposed] Order. In compliance with the ECF manual and the Civil Local Rules, I hereby attest that each of the other signatories concur in the filing of this Joint Stipulation and [Proposed] Order.

Dated:       9/04/2024                                          By: /s/ *Marc R. Jacobs*
                                                                            Marc R. Jacobs

## ORDER (AS MODIFIED)

THE COURT, HAVING READ THE FOREGOING STIPULATION AND CONSIDERED THE SAME, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEARBY ORDERED AS FOLLOWS:

The current case deadlines are extended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert discovery cut-off | 9/12/2024 | **12/12/2024** |
| Last day for hearing dispositive motions | 11/7/2024 | ~~2/06/2025~~ 2/13/2025 |

**IT IS SO ORDERED.**

DATE: September 9, 2024



IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE DONNA M. RYU